Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

Paul F. Strain
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

---------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

IN RE:

Fosamax Products Liability Litigation                    1:06-md-01789 (JFK)

---------------------------------------------------x

*This Document Relates to:*                         **<u>NOTICE OF APPEARANCE</u>**

*Lois Brim v. Merck & Co., Inc.*
1:07-cv-11613-JFK

*Deborah Miller v. Merck & Co., Inc.*
1:08-cv-0940-JFK

*Annie Sampsell v. Merck & Co., Inc.*
1:08-cv-1864-JFK

*Jacqueline Hill v. Merck & Co., Inc.*
1:08-cv-2143-JFK

*Tabitha Thomas v. Merck & Co., Inc.*
1:08-cv-2220-JFK

*Girlene Wilson v. Merck & Co., Inc.*
1:08-cv-2221-JFK

*Betty Langston v. Merck & Co., Inc.*
1:08-cv-3108-JFK

*Janie Clary v. Merck & Co., Inc.*
1:08-cv-3111-JFK

*Kizzie Gray v. Merck & Co., Inc.*
1:08-cv-4262-JFK

*Alexa Maestranzi v. Merck & Co., Inc.*
1:08-cv-4263-JFK

*Sachiko Williams v. Merck & Co., Inc.*
1:08-cv-4402-JFK

*Tommie Gomez v. Merck & Co., Inc.*
1:08-cv-4775-JFK

*Leonore Andrade v. Merck & Co., Inc.*
1:08-cv-4878-JFK

*Judith Gold v. Merck & Co., Inc.*
1:08-cv-4880-JFK

*Victoria Roddy v. Merck & Co., Inc.*
1:08-cv-5205-JFK

-------------------------------------------------------x

PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as

counsel of record in the above-referenced causes of action.  All inquiries, pleadings and

court documents should be filed and served upon the undersigned.

Dated: July 11, 2008
     New York, New York                    Respectfully submitted,


                                        _____/s/_____
                                        Paul F. Strain

                                        VENABLE LLP
                                        750 E. Pratt Street
                                        Suite 900
                                        Baltimore, MD  21202
                                        (410) 244-7400
                                        Fax: (410) 244-7742
                                        pfstrain@venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order via the Court's CM/ECF system.

_____/s/_____
Paul F. Strain

VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400
Fax: (410) 244-7742
pfstrain@venable.com
